UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| NORTHPOINT COMMERCIAL FINANCE LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AL'S TRAILER SALES OF SALEM, INC., an Oregon corporation; SUTHERLIN RV, INC., an Oregon corporation; REALITY RV AND TRAILERS INC., an Oregon corporation; A.O.A. GROUPS, INC., a California corporation; 4843 PORTLAND ROAD, LLC, an Oregon limited liability company; 347 MYRTLE STREET LLC, an Oregon limited liability company; JAMIE L. MCGOWEN; MURLYN MCGOWEN; SADIA SYED; NASEEMA DHAR; and UNDLEEB Y. DHAR,<br><br>　　　　　Defendants. | Case No. 6:20-cv-00785-MK<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PROVISIONAL PROCESS – REPLEVIN AND CLAIM AND DELIVERY |

**ORDER**

This matter came before the Court on Plaintiff's Motion For Temporary Restraining Order, Order To Show Cause Why Preliminary Injunction Should Not Issue, And Order For Provisional Process – Replevin And Claim And Delivery pursuant to Fed. R. Civ. P. 64 and 65 and ORCP 83 and 85 [Docket No. __3__] (the "Motion"). The Court having reviewed the Motion and supporting declarations of Brent Layton, Richard Molyneux, Wesley Waters, and Robert Palmer, and considered the evidence, the law, and the arguments of the parties, it is

ORDERED:

1.　　Plaintiff's Motion is GRANTED;

ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PROVISIONAL PROCESS – REPLEVIN AND CLAIM AND DELIVERY - Page 1

FURTHER ORDERED:

2. Defendants Al's Trailer Sales of Salem, Inc., Sutherlin RV, Inc., and Reality RV and Trailers Inc. (collectively, the "Borrower Defendants") shall immediately upon receipt by any means of this Order, grant Northpoint access to their lots and any and all of Northpoint's Collateral, wherever located, which is in the Borrower Defendants' possession, custody, or control, to enable Northpoint recover Northpoint's Collateral;

3. The Borrower Defendants shall cooperate with Northpoint's efforts to repossess Northpoint's Collateral, and to facilitate Northpoint in accessing the Borrower Defendants' lots, and anywhere Northpoint's Collateral is located, to provide keys to locks and combinations to locks, and take all other necessary steps to allow Northpoint to remove Northpoint's Collateral;

4. The Borrower Defendants shall immediately turn over to Northpoint any and all of Northpoint's Collateral that the Borrower Defendants have removed from their lots without authorization from Northpoint or otherwise have in their possession and control; and

5. The Borrower Defendants and their employees, other agents, and all persons in concert with them shall not hinder, imped, or otherwise interfere with Northpoint's efforts to recover Northpoint's Collateral.

6. Plaintiff shall post a bond in the amount of  XXX  .

Entered this  2nd  day of  June, 2020.

_s/Michael J. McShane_
Michael J. McShane
United States District Judge

*25745-001\PROPOSED ORDER GRANTING MOTION FOR TRO (03454416);1

ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PROVISIONAL PROCESS – REPLEVIN AND CLAIM AND DELIVERY - Page 2