IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORTHPOINT COMMERCIAL FINANCE, LLC, a Delaware limited liability company, | |
| Plaintiff, | Civ. No. 6:20-cv-785-MK |
| v. | ORDER |
| AL'S TRAILER SALES OF SALEM, INC., an Oregon corporation; SUTHERLIN RV, INC., an Oregon corporation; REALITY RV AND TRAILERS INC., an Oregon corporation; A.O.A. GROUPS, INC., a California corporation; 4843 PORTLAND ROAD, LLC, an Oregon limited liability company; 347 MYRTLE STREET, LLC, an Oregon limited liability company; JAMIE L. MCGOWEN; MURLYN MCGOWEN; SADIA SYED; NASEEMA DHAR; and UNDLEEB Y. DHAR, | |
| Defendants. | |

MCSHANE, Judge:

Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#73), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

1 – ORDER

Magistrate Judge Kasubhai's Findings and Recommendation (#73) is adopted. Plaintiff's motions for default judgment (## 49, 51, 53, 55, 57, 59, 61, 63, 67, 59) are GRANTED. IT IS SO ORDERED.

    DATED this 28th of December, 2020.

                                                   /s/ Michael J. McShane  
                                                       Michael McShane  
                                                United States District Judge