Howard M. Levine, OSB No. 800730
hlevine@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

   *Attorneys for Northpoint Commercial Finance LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| NORTHPOINT COMMERCIAL FINANCE LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>AL'S TRAILER SALES OF SALEM, INC., an Oregon corporation; SUTHERLIN RV, INC., an Oregon corporation; REALITY RV AND TRAILERS INC., an Oregon corporation; A.O.A. GROUPS, INC., a California corporation; 4843 PORTLAND ROAD, LLC, an Oregon limited liability company; 347 MYRTLE STREET LLC, an Oregon limited liability company; JAMIE L. MCGOWEN; MURLYN MCGOWEN; SADIA SYED; NASEEMA DHAR; and UNDLEEB Y. DHAR,<br><br>        Defendants. | Case No. 6:20-cv-00785-MK<br><br>ORDER GRANTING NORTHPOINT COMMERCIAL FINANCE LLC's MOTION FOR AWARD OF ATTORNEY FEES AGAINST ALL DEFENDANTS |

       On January 11, 2021, Northpoint Commercial Finance LLC ("Northpoint") filed Plaintiff's Motion for Award of Attorney Fees and Costs Against All Defendants (ECF No. 77) ("Plaintiff's Fee Motion").

Page 1 – ORDER GRANTING NORTHPOINT COMMERCIAL FINANCE LLC's MOTION FOR AWARD OF ATTORNEY FEES AGAINST ALL DEFENDANTS

The Court considered Plaintiff's Fee Motion and finds good cause exists to grant it.

Based on Plaintiff's Fee Motion and the record herein, it is

ORDERED:

Northpoint is hereby awarded its attorney fees and costs pursuant to Fed. R. Civ. P. 54(d)(2), against all defendants, jointly and severally, in the amount of $51,524.75 in attorney fees, and $3,536.76 in costs incurred, for a total of $55,061.51.

DATED: February 10, 2021.

s/ Mustafa T. Kasubhai  
MUSTAFA T. KASUBHAI (He / Him)  
United States Magistrate Judge

Presented By:

SUSSMAN SHANK LLP

By: */s/ Howard M. Levine*
    Howard M. Levine, OSB No. 800730
    hlevine@sussmanshank.com
    Attorneys for Plaintiff

*25745-001\ORDER ATTORNEY FEES (03669418);1

Page 2 – ORDER GRANTING NORTHPOINT COMMERCIAL FINANCE LLC's MOTION FOR AWARD OF ATTORNEY FEES AGAINST ALL DEFENDANTS